UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT WATSON,<br>    Plaintiff,<br>  v.<br>COOPER VISION, INC., et al.,<br>    Defendants. | Case No.  15-cv-01276-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Costco Wholesale Corporation v. Johnson & Johnson Vision Care Inc*, 15-cv-00941-HSG.

  **IT IS SO ORDERED.**

Dated: March 24, 2015

               _____
               MARIA-ELENA JAMES
               United States Magistrate Judge